Newkirk v Newkirk (2023 NY Slip Op 04129)

Newkirk v Newkirk

2023 NY Slip Op 04129

Decided on August 2, 2023

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on August 2, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
CHERYL E. CHAMBERS
PAUL WOOTEN
BARRY E. WARHIT, JJ.

2021-00053
 (Index No. 50751/17)

[*1]Rebecca Ann Newkirk, plaintiff,
v
James A. Newkirk, Sr., respondent; Regina Felton, nonparty-appellant.

Felton & Associates, Brooklyn, NY (Regina Felton pro se of counsel), for nonparty-appellant.
Zelenitz, Shapiro & D'Agostino, P.C., Briarwood, NY (Sarah Smith of counsel), for respondent.

DECISION & ORDER
In an action for a divorce and ancillary relief, nonparty Regina Felton, counsel for the plaintiff, appeals from an order of the Supreme Court, Kings County (Delores J. Thomas, J.), dated December 1, 2020. The order granted the defendant's motion pursuant to 22 NYCRR 130-1.1 for an award of costs and attorney's fees and the imposition of sanctions against nonparty Regina Felton to the extent of directing that nonparty to pay attorney's fees in the sum of $1,500 to the defendant's counsel.
ORDERED that the order is affirmed, with costs.
Under the circumstances of this case, the Supreme Court providently exercised its discretion in granting the defendant's motion pursuant to 22 NYCRR 130-1.1 for an award of costs and attorney's fees and the imposition of sanctions against the plaintiff's counsel, nonparty Regina Felton, to the extent of directing Felton to pay attorney's fees in the sum of $1,500 to the defendant's counsel based on Felton's frivolous conduct in inexplicably failing to appear in court on September 24, 2019, for a scheduled inquest/pretrial conference (see id. § 130-1.1[a], [c][2]; see generally 150 Centreville, LLC v Lin Assoc. Architects, P.C., 151 AD3d 912, 913; Crescent Elec. Supply Co., Inc., of N.Y. v Travelers Cas. & Sur. Co. of Am., 111 AD3d 659, 659).
Felton's remaining contentions are either not properly before this Court or without merit.
CONNOLLY, J.P., CHAMBERS, WOOTEN and WARHIT, JJ., concur.
ENTER:
Maria T. Fasulo
Clerk of the Court